```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Jim Block,
                              Plaintiff,
                                                                        12 Civ. 0676 (AJN)
           -v-
                                                                        ORDER
Hertz Vehicles LLC and Hong C. Lee,

                              Defendants.
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 3 2012

ALISON J. NATHAN, District Judge:

      A settlement conference is scheduled for August 9, 2012 at 10:00 AM before Judge Alison J. Nathan in Courtroom 17B. Counsel attending the conference must have full settlement authority **and their clients must be present at the conference**, as must a representative of the client's insurance company if the decision to settle and/or amount of settlement must be approved by the insurance company.

      **The Court requires each side to have made at least one settlement demand/response prior to submission of their settlement memoranda.** It is my practice to have only one settlement conference in a case; counsel should confer as much as possible before the conference to make it as meaningful as possible.

      On or before July 27, 2012, counsel shall e-mail a confidential settlement memorandum to my Chambers (NathanNYSDChambers@nysd.uscourts.gov). The memorandum shall not be filed with the Clerk of Court nor provided to opposing counsel. The memorandum should explain the factual and legal background of the case as it impacts on settlement negotiations; the status of prior settlement discussions between the parties; and the party's settlement proposal (range). The latter should be the realistic settlement range of that party, not just the party's "opening bid." The settlement range in the settlement memorandum will be kept confidential by me and not disclosed to opposing counsel. I strongly suggest that the settlement memorandum not exceed 15 pages (any memorandum in excess of 15 pages must be filed two weeks before the conference).

      Also on that same date, counsel shall advise the Court and opposing counsel, by letter, of who the client representative(s) will be (name, position and, if necessary, an explanation of their role). Within two business days, counsel shall bring any concerns as to the client representatives to the Court's attention.

Dated: May __3__, 2012
      New York, New York

_____
ALISON J. NATHAN
United States District Judge