# (CIVIL) MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

BEFORE: RONALD L. ELLIS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X,

**Jim Block, et al.,**

Plaintiff(s)

Docket No 12 Civ. **676**  (RLE)

-against-

**Hertz Vehicle LLC., et al.,**

Defendant(s)
------------------------------------------------------------X   CONTESTED ISSUE   [X]YES   [ ]NO

### Select the type of Hearing or Trial.

| | | |
|---|---|---|
| [ ]Arbitration Hearing | [ ]Hearing Out of Jury Presence | [ ]Pre-Motion Conference |
| [ ]Argument on Bankruptcy Appeal | [ ]In Camera Hearing | [ ]Remand Hearing |
| [ ]Attorney Appointment Hearing | [ ]In Chambers Conference | [ ]Removal Hearing |
| [ ]Bench Trial | [ ]Initial Conference | [ ]Scheduling Conference |
| [ ]Case Management Conference | [ ]Initial Pretrial Conference | [ ]Settlement Conference |
| [ ]Confirmation Hearing | [ ]Inquest Hearing | [ ]Show Cause Hearing |
| [ ]Contempt Hearing | [ ]Interim Pretrial Conference | [x]Status Conference |
| [ ]Default Hearing | [ ]Judgment Debtor Exam | [ ]Summary Jury Trial |
| [ ]Discovery Hearing | [ ]Jury Selection | [ ]Telephone Conference |
| [ ]Early Neutral Evaluation | [ ]Jury Trial | [ ]Trial Ready Hearing |
| [ ]Evidentiary Hearing | [ ]Mediation Conference | [ ]Voir Dire |
| [ ]Final Pretrial Conference | [ ]Motion Hearing | [ ]Writ Hearing |
| [ ]Forfeiture Hearing | [ ]Omnibus Hearing | [ ]Other (Please Specify) |
| [ ]Hearing In-Aid-Of Judgment | [ ]Oral Argument | |

### Select the action.
[ ]Began   [X]Held   [ ]Continued   [ ]Completed   [ ]Scheduled for

Date 09-27-12     Time 10:30 [X]am []pm   Duration: (Hr.)____ (Min.) 20

Judge's Decision  **Status conference held. All discovery is to be completed by 12/14/12; next status conference set for 12-11-12 at 10:00 AM**

Submitted by  Michael O. Brantley  Deputy Court Clerk

The above information is required for the JS 6 report to the AO.