## BADER, YAKAITIS & NONNENMACHER, LLP

ATTORNEYS AT LAW
350 FIFTH AVENUE
SUITE 7210
NEW YORK, NY 10118

PHONE (212) 465-1110
FAX (212) 279-8991

JEFFREY W. BADER
PAUL A. YAKAITIS
JOHN J. NONNENMACHER

DARLENE S. MILOSKI
CHRISTOPHER L. VARGAS
ROBERT E. BURKE

November 27, 2012



Honorable Ronald L. Ellis
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:  Block v. Hertz Vehicles LLC
            1:12 CV-0676-AJN

Dear Honorable Judge Ellis:

    My office represents the Plaintiff in the above referenced matter which is pending before your Honor. The Court had previously directed a discovery deadline of December 14, 2012. However, due to the complexity of this case and the upcoming holiday season, my office is requesting a 60 day extension of this deadline. Defendant's attorney, Grant Meiselo, has agreed to this extension.

    Based upon the foregoing, Plaintiff requests that the deadline for filing the note of issue be extended to February 14, 2013.

                                    Respectfully,
                                    BADER YAKAITIS & NONNENMACHER, LLP

                                    BY: _____
                                        DARLENE S. MILOSKI, ESQ.

DSM:gp

Cc: Grant Mieselo, Esq.
Rubin Fiorella & Friedman, LLP
Attorneys for Defendants
630 Third Avenue, 3rd Floor
New York, New York 10017

So Ordered: _____ /12-/1-/2
Honorable Ronald L. Ellis

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-11-12
```